CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2007, I caused a copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT to be served via first-class mail, postage prepaid, on the following:

KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA, HANCOCK, LIBERMAN & McKEE, P.A.
Jacquelyn S. Holden
700 Southeast Third Avenue
Courthouse Law Plaza, Suite 100
Fort Lauderdale, FL 33316

SAWGRASS LEGAL CENTER, P.A.
Jonathan M. Sabghir
7118 Southgate Boulevard
North Lauderdale, FL 33068

The above address has appeared on the prior papers in this action as the office address of the attorneys for Plaintiffs.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on June 25, 2007

___/s/_____
Sarah A. Binder