

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION – MDL No. 1789 | MASTER FILE: 1:06-MD-01789-JFK-JCF |
| *This Document Relates To:* TOBY SINGER and ROBERT SINGER, Plaintiffs, v. MERCK & CO., INC., PROCTER & GAMBLE PHARMACEUTICALS, INC. and AVENTIS PHARMACEUTICALS, INC., Defendants. | CASE NO: 1:07-civ-3862 |

### MOTION FOR LEAVE TO AMEND COMPLAINT TO CORRECT NAME OF PLAINTIFF HUSBAND

COME NOW the Plaintiffs, TOBY SINGER and her husband, ROBERT RUDOLPH (incorrectly named ROBERT SINGER in the Complaint) by and through their undersigned attorneys, and file this Motion to Amend Plaintiffs' Complaint to correct the name of the Plaintiff husband from ROBERT SINGER to ROBERT RUDOLPH and for grounds therefore states as follows:

1. Plaintiffs have informed undersigned counsel that the correct name of the husband Plaintiff is ROBERT RUDOLPH.

2. Defense counsel has no objection to the granting of this motion.

3. Attached to this motion is the proposed Amended Complaint reflecting the correct name of the husband Plaintiff.

WHEREFORE Plaintiffs, TOBY SINGER and ROBERT RUDOLPH, respectfully request that this Court enter an Order amending Plaintiffs' Complaint to reflect the correct name of the Plaintiff husband, to-wit: ROBERT RUDOLPH and to deem the attached proposed amended complaint filed as of the date of said order.

I HEREBY CERTIFY that on September 21, 2007 I electronically filed the foregoing with the Clerk of the Court by using he CM/ECF system which will send a notice of electronic filing to the following:

HUGHES HUBBARD & REED LLP
Attorneys for Def., Merck & Co., Inc.
Norman C. Kleinberg
Theodore V.H. Mayer
William J. Beausoleil
One Battery Park Plaza
New York, NY 10004-1482
212-837-6000

FULBRIGHT & JAWORSKI LLP
Attorneys for Defs. Procter & Gamble & Sanofi-Aventis
James H. Neale
666 Fifth Avenue
New York, NY 10103-3198
212-318-3000

FULBRIGHT & JAWORSKI LLP
Of Counsel for Procter & Gamble & Sanofi-Aventis
Terry O. Tottenham
Lana K. Varney
600 Congress Avenue, Suite 2400
Austin, TX 78701
512-536-5201

Jonathan Sabghir
Sawgrass Legal Center, PA
Co-counsel for Plaintiffs
7118 Southgate Blvd.
North Lauderdale, FL  33068

        KRUPNICK, CAMPBELL, MALONE,
        BUSER, SLAMA, HANCOCK,
        LIBERMAN & McKEE, P.A.
        Attorneys for Plaintiffs
        700 Southeast Third Avenue
        Courthouse Law Plaza, Suite 100
        Fort Lauderdale, Florida  33316
        (954) 763-8181   Fax: 954-763-8292
        jholden@krupnicklaw.com

          /s/ Jacquelyn S. Holden
BY: _____
    JACQUELYN S. HOLDEN, ESQUIRE
    JH7473

and

Jonathan M. Sabghir, Esquire
Sawgrass Legal Center, P.A.
7118 Southgate Boulevard
North Lauderdale, FL  33068

```
   The motion to amend is granted.
The proposed complaint which is
attached to the motion (dckt. no. 11)
is deemed filed as of September 21, 2007.


   SO ORDERED.

   Dated:    September 2, 2008
             New York, N.Y.
```

       /s/ John F. Keenan
       U.S.D.J.