CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2008, I caused a copy of the foregoing AMENDED ANSWER AND AFFIRMATIVE DEFENSES OF MERCK & CO., INC. to be served via first-class mail, postage prepaid, on the following:

KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA, HANCOCK, LIBERMAN & McKEE, P.A.
Jacquelyn S. Holden
700 Southeast Third Avenue
Courthouse Law Plaza, Suite 100
Fort Lauderdale, Florida 33316

AND

SAWGRASS LEGAL CENTER, P.A.
Jonathan M. Sabghir
7118 Southgate Boulevard
North Lauderdale, Florida 33068

The above addresses appeared on the prior papers in this action as the office address of the attorneys for Plaintiffs.

FULBRIGHT & JAWORSKI, L.L.P.
James Hamilton Neale
666 Fifth Avenue – 30th Floor
New York, NY 10103

AND

FULBRIGHT & JAWORSKI, L.L.P.
Terry O. Tottenham
Lana K. Varney
600 Congress Avenue, Suite 2400
Austin, TX 78701

The above addresses appeared on the prior papers in this action as the office address of the attorneys for Aventis Pharmaceuticals, Inc, and Procter & Gamble Pharmaceuticals, Inc.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on September 5, 2008

                                                          /s/
                                         Julie A. Calidonio